AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SREAM, INC., a California Corporation<br><br>*Plaintiff(s)*<br>v.<br>MLF TOBACCO SHOP, LLC., a Florida Limited Liability Company<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. Sream, Inc. v. MLF Tobacco Shop, L<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MLF Tobacco Shop, LLC
R/A William M. Wiener
7752 SW 119th Court
Miami, Florida 33183

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda K. McCoy, Esquire
The Ticktin Law Group, PLLC
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/06/2017

*Select Courthouse*

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts